Charles R. Jacob III
Dana B. Zimmerman
Haynee C. Kang
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN ADVISORS LLC,

          Plaintiff,

-against-

ATLAS MORTGAGE FUNDING CORP.,

          Defendant.

07 Civ. _____ ( )

**RULE 7.1 STATEMENT**



Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Terwin Advisors LLC, a nongovernmental corporate party, certifies that no publicly held corporation holds ten (10) percent or more of its stock.

Dated: November 30, 2007

          MILLER & WRUBEL P.C.

          By: _____
          Charles R. Jacob III
          250 Park Avenue
          New York, New York 10177
          (212) 336-3500

          Attorneys for Plaintiff
          Terwin Advisors LLC