**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERWIN ADVISORS LLC,

      Plaintiff,

          Case No. 07 CV 10731
          (Judge Preska)

      -against-

          AFFIDAVIT OF SERVICE

ATLAS MORTGAGE FUNDING CORP.,

      Defendant.
------------------------------------------------------------X
STATE OF ARIZONA    )
        S.S.:
COUNTY OF MARICOPA  )

    *Angie Ranck*, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 26th day of December, 2007, at approximately the time of 6:37 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK upon ATLAS MORTGAGE FUNDING CORP. c/o Jay Boersma at 15314 E. Sundown Drive, Fountain Hills, AZ, by personally delivering and leaving the same with JAY BOERSMA who informed deponent that he holds the position of President with that company and is authorized by law to receive service at that address.

    JAY BOERSMA is a *white* male, approximately *38* years of age, stands approximately *5* feet *9* inches tall, weighs approximately *190* pounds with *bald* hair.

_____
PROCESS SERVER

Sworn to before me this
*4th* day of January, 2008

_____
NOTARY PUBLIC

JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com