UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC, <br><br> Plaintiff, <br><br> -against- <br><br> ATLAS MORTGAGE FUNDING CORP., <br><br> Defendant. | 07 Civ. 10731 (LAP) <br><br> ECF Case <br><br> **CLERK'S CERTIFICATE** |

     I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on November 30, 2007, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant on December 26, 2007 by personal service upon Jay Boersma, President of Atlas Mortgage Funding Corp., and proof of such service thereof was filed on January 8, 2008.

     I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
       January __, 2008

                                **J. MICHAEL MCMAHON**
                                    Clerk of the Court

                       By: _____
                             Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC, | 07 Civ. 10731 (LAP) |
| Plaintiff, | ECF Case |
| -against- | **AFFIDAVIT FOR CERTIFICATE OF DEFAULT** |
| ATLAS MORTGAGE FUNDING CORP., | |
| Defendant. | |

STATE OF NEW YORK    )
                                        )   ss.:
COUNTY OF NEW YORK  )

Charles R. Jacob III, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and a partner with Miller & Wrubel P.C., counsel to plaintiff Terwin Advisors LLC ("Terwin"). I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 55.1 of the Civil Rules for the Southern District of New York, in support of Terwin's application for a certificate of default.

3. This action was commenced on November 30, 2007, by the filing of the summons and complaint. A copy of the summons and complaint was served on defendant on December 26, 2007 by personal service upon Jay Boersma, President of Atlas Mortgage Funding Corp., and proof of such service thereof was filed on January 8, 2008. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

WHEREFORE, plaintiff requests the entry of Default against defendant.

_____
CHARLES R. JACOB III

Sworn to before me this 24 th
day of January, 2008

_____
Notary Public

HELAINE E. FRASER
Notary Public, State of New York
No. 30-6386610
Qualified in Nassau County
Commission Expires Sept. 30, 20 10