UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

TERWIN ADVISORS LLC,

          Plaintiff,

-against-

ATLAS MORTGAGE FUNDING CORP.,

          Defendant.

Case No.: 07 Civ. 10731 (LAP)

ECF Case

**ORDER TO SHOW CAUSE**

    Upon the accompanying Declaration of Charles R. Jacob III in Support of Motion, by Order to Show Cause, for Default Judgment, executed on February 22, 2008, and the exhibits annexed thereto, the Declaration of Gerald Casey in Support of Motion for Default Judgment, executed on February 22, 2008, and the exhibits annexed thereto, and sufficient cause appearing, it is hereby:

    ORDERED, that defendant Atlas Mortgage Funding Corp. ("Atlas") show cause before this Court in Courtroom 12A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on March 25, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, why a judgment by default should not be issued in favor of plaintiff and against Atlas, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b), in the amount of $1,794,670 on plaintiff's First Cause of Action (not including interest to date from February 22, 2008 at the *per diem* rate of $442); and in the amount of $27,785 on plaintiff's Second Cause of Action (not including interest to date from February 22, 2008 at the *per diem* rate of $6.85; and it is further

ORDERED that service of a copy of this order and supporting papers by ~~first~~ Fed Ex or other courier ~~class mail~~ upon Atlas at its last known address (c/o Jay Boersma at 15314 E. Sundown Drive, Fountain Hills, AZ 85268) shall be deemed good and sufficient service thereof, no later than February 26, 2008

Dated: February 25, 2008

_Loretta A. Preska_
Hon. Loretta A. Preska, U.S.D.J.

and it is further ordered that opposition papers shall be filed no later than March 17, 2008, and reply papers, if any, shall be filed no later than March 21, 2008

2