UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC, | Case No.:  07 Civ. 10731 (LAP) |
| | ECF Case |
| Plaintiff, | **DECLARATION OF GERALD CASEY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |
| -against- | |
| ATLAS MORTGAGE FUNDING CORP., | |
| Defendant. | |

GERALD CASEY hereby declares, under penalty of perjury:

1.      I am a principal of plaintiff Terwin Advisors LLC ("Terwin") responsible for Terwin's Asset Performance Management Group.  I am personally familiar with the facts set forth herein.

2.      I submit this declaration in support of Terwin's application (the "Application") for entry of a default judgment against defendant Atlas Mortgage Funding Corp. ("Atlas").  Unless otherwise indicated, I have personal knowledge of the facts set forth herein.

3.      As set forth in Terwin's Complaint, a copy of which is attached to the accompanying Declaration of Charles R. Jacob III, executed on February 22, 2008 ("Jacob Declaration") as Exhibit 1, Atlas sold Terwin a number of mortgage loans pursuant to a Seller's Purchase, Warranties and Interim Servicing Agreement (the "Purchase Agreement").

4.      In the Purchase Agreement, Terwin and Atlas contracted for Atlas to sell to Terwin certain Mortgage Loans (as defined in the Purchase Agreement), subject to the terms and conditions in the Purchase Agreement, and Atlas agreed to repurchase

delinquent with respect to any of the first three (3) Monthly Payments due on the related

Mortgage Loan immediately following the applicable Closing Date or (b) the Mortgage

Loan was in bankruptcy or litigation within the first three (3) months immediately

following the applicable Closing Date.

8.      Commencing in or about February 2006, and continuing through

September 2007, Terwin gave Atlas written notice of such Early Payment Default Loans

and exercised Terwin's option to require Atlas to repurchase such Early Payment Default

Loans, all in accordance with the terms of the Purchase Agreement.

9.      This action concerns twelve (12) Early Payment Default Loans that

Atlas was obligated to repurchase from Terwin.  Atlas has failed to repurchase the Early

Payment Default Loans or pay Terwin any part of the Repurchase Price.

10.     Since Atlas has not appeared in this action, Terwin cannot

reconvey the Early Payment Default Loans to Atlas in exchange for the Repurchase

Price.  Terwin was forced to liquidate Mortgage Loans by foreclosures or other means,

and incurred damages as a result.

11.     Terwin's damages as to the Early Payment Default Loans consist

of the contractual Repurchase Price, as defined in the Complaint, less the actual or

estimated proceeds that have been or are expected to be realized from the twelve (12)

Early Payment Default Loans that Atlas failed to Repurchase.

12.     "Repurchase Price" is defined in Section 1.01 of the Purchase

Agreement as follows:

> With respect to any Mortgage Loan, a price equal to (i) the
> greater of (A) the product of the percentage of par stated in
> the related Purchase Price and Terms Letter and the
> outstanding principal balance of the Mortgage Loan and

(B) the outstanding principal balance of the Mortgage Loan, plus (ii) interest on such outstanding principal balance at the related Mortgage Interest Rate from the date through which interest was last distributed to the Purchaser through the day prior to the date of repurchase, plus (iii) any costs and damages actually incurred and paid by or on behalf of the Purchaser in connection with any breach of a representation or warranty hereunder (including, without limitation, those set forth in Section 3.02(i) and 3.02(jjj) relating to a violation of a predatory or abusive lending law applicable to such Mortgage Loan, plus (iv) third party expenses incurred in connection with the transfer of the Mortgage Loan being repurchased; less amounts received or advanced in respect of such repurchased Mortgage Loan which are being held in the Custodial Account for distribution in the month of repurchase, plus (v) any unreimbursed Servicing Advances or Servicing Fee, plus (vi) all fees and expenses of Purchaser's outside counsel and court costs incurred in connection with the enforcement of the Seller's repurchase obligation.

13.    Terwin followed this formula as to each of the Early Payment Default Loans to arrive at the Repurchase Price. For Loan Nos. 100071582, 100074417, and 100081918, Terwin has subtracted from the Repurchase Price the proceeds of any realization, by foreclosure or otherwise, for each such Early Payment Default Loan. For Loan Nos. 100068506, 100071237, 100071581, 100073304, 100073941, and 100078347, Terwin has subtracted from the Repurchase Price the estimated proceeds of any realization. For Loan Nos. 100073942, 100074418, and 100078351, there were no proceeds because the loans were second lien loans and the value of the underlying property was less than the value of the first lien loan.

14.    Using the aforementioned methodology as to each of the twelve (12) Early Payment Default Loans, Terwin arrived at the amount of its realized losses. It is those realized losses as to which Terwin requests an award of damages. Attached hereto as Exhibit A is a spreadsheet setting forth Terwin's realized losses as to each of

the twelve (12) Early Payment Default Loans, for a total liquidated amount of $1,794,670.

15.    The computation of realized losses set forth on Exhibit A, by the nature of how it was made, includes unpaid interest through the date of computation, which was February 22, 2008.  Interest to date from February 22, 2008, is running at the amount of $442 per diem.  Terwin computed this by multiplying $1,794,670 by the New York statutory interest rate of 9%, and dividing the result by 365 days.

**Atlas' Default in its Obligations**
**to Reimburse Terwin for Premium Recapture**

16.    This action also concerns eight (8) Mortgage Loans that Terwin purchased from Atlas, which were prepaid in full by the borrower (the "Premium Recapture Loans").

17.    Pursuant to § 3.06 of the Purchase Agreement, entitled "Purchase Price Protection," Atlas agreed as follows:

> With respect to any first lien Mortgage Loan that prepays in full at any time prior to the fourth Due Date immediately following the Closing Date, the Seller shall reimburse the Purchaser the amount (if any) by which the Purchase Price paid by the Purchaser to the Seller exceeded 100% of the outstanding scheduled principal balance of the Mortgage Loan as of the Cut-off Date, within thirty (30) days of such payoff.  With respect to any second lien Mortgage Loan that prepays in full during the twelve (12) month period from and after the Closing Date, the Seller shall reimburse the Purchaser the amount, if any, by which the Purchase Price paid by the Purchaser to the Seller exceeded 100% of the outstanding scheduled principal balance of the Mortgage Loan as of the Cut-off Date times a fraction, the numerator of which is equal to the number of months remaining from the date of prepayment in full until one year from the related Closing Date and the denominator of which is twelve (12), within thirty (30)

days of such payoff.  Upon any assignment of a
Mortgage Loan and/or this Agreement, the Purchaser
may at its option retain its rights under this Section 3.06
notwithstanding such assignment.

18.    Terwin gave Atlas written notice of such Premium Recapture

Loans and of Atlas' obligation to reimburse Terwin the Premium Recapture, in

accordance with the terms of the Purchase Agreement.

19.    Terwin followed the formula set forth in § 3.06 of the Purchase

Agreement as to each of the eight (8) Premium Recapture Loans.  The computations of

the Premium Recapture for each of the eight (8) Premium Recapture Loans are set forth

on Exhibit B.

20.    The computation of the Premium Recapture also includes interest

through the date of computation, which was February 22, 2008, for a total amount of

$27,785.  Interest to date from February 22, 2008, is running at the amount of $6.85 per

diem.  Terwin computed this by multiplying $27,785 by the New York statutory interest

rate of 9%, and dividing the result by 365 days.

**Conclusion**

21.    Terwin respectfully requests that the Court grant a default

judgment against Atlas in the total of these amounts:

- Breach of contract damages for twelve (12) Early Payment

  Default Loans in the amount of $1,794,670, computed as set

  forth above; plus

- Interest from February 22, 2008 to the date of entry of

  judgment at the per diem rate of $442; plus

-6-

- Breach of contract damages for eight (8) Premium Recapture

  Loans in the amount of $27,785, computed as set forth above;

  plus

- Interest from February 22, 2008 to the date of entry of

  judgment at the per diem rate of $6.85.

22.    No part of the total requested judgment amount has been paid.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

Executed on the 22 nd day of February, 2008

_____
Gerald Casey

-7-

**Exhibit A**

The Winter Group
APM: AMFC Realized Loss Summary
as of 20080220

| twg # | cust # | lien | rate | purchase bal | current bal | bal at liquidation | proceeds | advances/fees/interest up to liquidation | paid thru date | purchase price | realized loss | Liquidation Date | days interest after liquidation to 2/22/2008 | interest after liquidation at 9% | loss due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100071582 | 060002122 | 2 | 14.50 | 48,568 | - | 48,568 | 10,214 | | 01/01/2007 | 100.00 | 38,354 | 5/18/2007 | 280 | 2,648 | 41,002 |
| 100073942 | 60002218 | 2 | 13.00 | 137,937 | - | 137,805 | - | 4,600 | 12/01/2006 | 100.50 | 142,406 | 7/31/2007 | 206 | 7,233 | 149,639 |
| 100074417 | 60002186 | 1 | 8.13 | 332,000 | - | 331,999 | 219,228 | 19,709 | 12/01/2006 | 100.48 | 132,480 | 11/30/2007 | 84 | 2,744 | 135,224 |
| 100074418 | 60002188 | 2 | 16.25 | 83,000 | - | 82,954 | (2,266) | 2,366 | 01/01/2007 | 96.82 | 87,586 | 5/31/2007 | 267 | 5,766 | 93,352 |
| 100078351 | 60002336 | 2 | 14.50 | 45,093 | - | 45,063 | - | 1,907 | 01/01/2007 | 99.50 | 46,969 | 9/30/2007 | 145 | 1,679 | 48,649 |
| 100081918 | 15400472 | 1 | 7.38 | 520,000 | - | 520,000 | 444,903 | 31,911 | 03/01/2007 | 103.25 | 107,008 | 1/31/2008 | 22 | 580 | 107,589 |
| | | | | | | | | | | | 554,803 | | | 20,651 | 575,454 |

The Winter Group
APM: AMFC Outstanding Repurchase Severity
as of 20080220

| twg # | cust # | lien | rate | current balance | paid thru date | purchase price | principal | premium | days interest to 2/22/08 | interest | advances | repurchase total | re-price | estimated proceeds | estimated loss due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100068506 | 002002289 | 1 | 8.13 | 560,000 | 9/1/2007 | 101.50 | 560,000 | 8,401 | 174 | 21,690 | 11,921 | 602,012 | 60.65 | 339,640 | 262,372 |
| 100071237 | 060000183 | 1 | 8.25 | 111,157 | 12/1/2006 | 103.00 | 111,157 | 3,335 | 448 | 11,256 | 3,575 | 129,322 | 49.09 | 54,567 | 74,756 |
| 100071581 | 060002121 | 1 | 8.25 | 113,400 | 1/1/2007 | 100.00 | 113,400 | - | 417 | 10,688 | 2,085 | 126,174 | 47.69 | 54,080 | 72,093 |
| 100073304 | 041000024 | 1 | 7.50 | 758,000 | 8/1/2007 | 102.58 | 758,000 | 19,569 | 205 | 31,929 | - | 809,498 | 57.76 | 437,821 | 371,677 |
| 100073941 | 60002216 | 1 | 7.25 | 552,000 | 12/1/2006 | 101.63 | 552,000 | 8,998 | 448 | 49,120 | 15,113 | 625,231 | 57.91 | 319,663 | 305,568 |
| 100078347 | 60002335 | 1 | 8.25 | 180,400 | 1/1/2007 | 103.00 | 180,400 | 5,412 | 417 | 17,003 | 1,985 | 204,801 | 39.94 | 72,052 | 132,749 |
| | | | | | | | | | | | | 2,497,039 | | 1,277,823 | 1,219,216 |

Atlas Mortgage - Exhibit A to Casey Affidavit

**Exhibit B**

Atlas Mortgage Funding Corp
Exhibit B to Casey Affidavit - Premium Recapture Owed

2/22/2008 5:53 PM

| twg # | cust # | borrower | loan buy date | purchased bal | loan buy price | payoff date | lien position | premium due | notice date | days interest after to 2/22/2008 | interest after | total due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100076038 | 60002237 | WILLIAMSON | 10/26/2006 | 820,000.00 | 102.0000 | 1/16/2007 | 1 | 16,400.00 | 1/18/2007 | 400 | 1,617.53 | 18,017.53 |
| 100082931 | 041000055 | Calvert | 2/21/2007 | 30,000.00 | 101.9736 | 5/16/2007 | 2 | 493.40 | 5/24/2007 | 274 | 33.33 | 526.73 |
| 100063648 | 038000059 | HANSEN | 5/23/2006 | 53,800.00 | 103.5000 | 2/27/2007 | 2 | 470.75 | 3/27/2007 | 332 | 38.54 | 509.29 |
| 100076420 | 002002342 | MOODY | 11/2/2006 | 400,000.00 | 101.1250 | 6/6/2007 | 2 | 1,874.99 | 6/25/2007 | 242 | 111.88 | 1,986.87 |
| 100073179 | 60002172 | FURR | 9/5/2006 | 150,500.00 | 100.9236 | 12/29/2006 | 2 | 1,042.51 | 4/20/2007 | 308 | 79.17 | 1,121.68 |
| 100076416 | 60002247 | HUDSPETH | 10/17/2006 | 47,000.00 | 100.9236 | 12/19/2006 | 2 | 361.74 | 1/18/2007 | 400 | 35.68 | 397.42 |
| 100074614 | 60002179 | HURLEY | 11/2/2006 | 375,935.38 | 102.6236 | 5/23/2007 | 2 | 4,931.50 | 6/25/2007 | 242 | 294.27 | 5,225.77 |
| | | | | | | | | 25,574.89 | | | 2,210.41 | 27,785.30 |