UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC,<br><br>                        Plaintiff,<br><br>-against-<br><br>ATLAS MORTGAGE FUNDING CORP.,<br><br>                        Defendant. | 07 Civ. 10731 (LAP)<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 26th of February, 2008, I caused true and correct copies of the Order to Show Cause, dated February 25, 2008; the Declaration of Charles R. Jacob III in Support of Motion, by Order to Show Cause, for Default Judgment, executed on February 22, 2008; and the Declaration of Gerald Casey in Support of Motion for Default Judgment, executed on February 22, 2008, to be sent by Federal Express (Priority Overnight) to:

    Jay Boersma
    15314 East Sundown Drive
    Fountain Hills, Arizons 85268

Dated: February 26, 2008

                                                            /s/ Haynee C. Kang
                                                            Haynee C. Kang